**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00537-CV

**DALLAS INDEPENDENT SCHOOL DISTRICT, Appellant**

**V.**

**FAIRY ALLEN, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02580**

## ORDER

Before the Court is appellant's June 28, 2016 agreed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by July 15, 2016.

/s/    CRAIG STODDART
        JUSTICE
